UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND



| | |
|---|---|
| JOHN C. MOSS, IRA, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALAN J. NOIA, MICHAEL P. MORRELL, BRUCE E. WALENCZYK and DANIEL L. GORDON<br><br>Defendants. | CIVIL ACTION NO. AMD-02-CV-3703 |

## STIPULATION AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

That the time for defendants, Allegheny Energy, Inc., Alan J. Noia, Michael P. Morrell and Bruce E. Walenczyk to answer, move, or otherwise respond to the Complaint in this action shall be extended to a date that will be set after the Court appoints lead plaintiff(s) and lead counsel pursuant to a schedule agreed upon by the parties or otherwise set by the Court.

It is further stipulated and agreed, that within fourteen (14) days after the Court has appointed lead plaintiff(s) and lead counsel, counsel for the aforementioned defendants will confer with counsel for the lead plaintiff(s) regarding a schedule for the service of a consolidated amended complaint, if any, and defendants' responses thereto.

There has been no previous request for an extension of time.

MD_DOCS_A #1188027 v1

Dated: December 16, 2002

_____
Charles S. Hirsch (General Bar No. 06605)
James J. Hanks, Jr.
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
(410) 528-5600

OF COUNSEL:

William J. Snipes, Esq. (WS-3076)
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
(212) 558-4000

and

Bradley P. Smith, Esq. (BS-1383)
Sullivan & Cromwell
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
(202) 956-7500

Attorneys for Defendants
  Allegheny Energy, Inc.
  Alan J. Noia, Michael P. Morrell and
Bruce E. Walenczyk

Respectfully submitted,

_____
Steven J. Toll
Daniel S. Sommers
Victoria S. Nugent (D.Md. Bar No. 015039)
Joshua S. Devore
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

Attorneys for Plaintiff

SO ORDERED this 17 day of December, 2002

_____
Honorable Andre M. Davis,
United States District Court Judge