IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN C. MOSS, IRA, etc.,  :
    Plaintiff  :
      :
v.  :    CIVIL NO. AMD 02-3703
      :
ALLEGHENY ENERGY, INC., et al.,  :
    Defendants  :

...oOo...

ORDER

A motion to transfer this having been lodged with the Judicial Panel on Multidistrict Litigation, it is this 17th day of January, 2003, by the United States District Court for the District of Maryland,

ORDERED that this matter be ADMINISTRATIVELY CLOSED pending action of the Judicial Panel on Multidistrict Litigation without prejudice to the right of any party to seek to reopen this action for good cause shown.

The Clerk shall TRANSMIT a copy of this order to all counsel.

               /s/ Andre M. Davis
               ANDRE M. DAVIS
               United States District Judge