IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN C. MOSS IRA, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| -v- | ) Class Action No. AMD 02-CV-3703 ) |
| ALLEGHENY ENERGY, INC., *et al.* | ) ) ) ) ) |
| Defendants. | ) ) |

FILED ____ ENTERED ____
LODGED ____ RECEIVED ____

JAN 2 1 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

This matter is before the Court on Charles and Catherine Kirkiles' ("Movants") Motion for Appointment as Lead Counsel and Approval of Their Selection of Lead Counsel in the above captioned case.

The Court having considered the papers submitted in support of and in opposition to the same, together with relevant legal authorities and being of the opinion that such motion is proper and should be granted; IT IS:

**ORDERED**, that the Movants' motion is **GRANTED**, and Charles and Catherine Kirkiles' be and hereby are appointed as Lead Plaintiffs; and further

**ORDERED**, that the law firm of Cohen Milstein Hausfeld and Toll are designated as Lead Counsel for the Plaintiffs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 21st day of Jan, 2003.

_____
Judge, United States District Court fort the
District of Maryland