UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                          Reply to Northern Division Address

May 1, 2003

Victoria S. Nugent, Esquire
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3934

                          Re:   Case No. AMD-02-3703

Dear Counsel/Party:

   Your Motion to Reopen Case was received in paper format on April 30, 2003.  This document should have been filed electronically.

   [ ]   The document has been scanned and filed electronically.  The paper copy is being returned to you.

   [ X ]   A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing.  Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

   If you are not a registered CM/ECF user, you should immediately register.  Registration is available on-line on the Court's web site.

   Please be advised that any future filings which are not made electronically may be returned to you.

                                              Very truly yours,

                                              /s/
                                              Janet Buker
                                              for
                                              Felicia C. Cannon, Clerk

   cc:   Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov