

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

JOHN C. MOSS, IRA, on behalf of
himself, and all others similarly situated,

        *Plaintiff*,

v.

ALLEGHENY ENERGY, INC., *et al.*,

        *Defendants*.

---

Civil Action No. AMD-02-CV-3703

## MOTION FOR ADMISSION PRO HAC VICE

I, G. Stewart Webb, Jr., am a member in good standing of the bar of this Court. My bar number is 00828. I am moving the admission of William I. Snipes to appear *pro hac vice* in this case as counsel for Allegheny Energy, Inc., Alan J. Noia, Michael P. Morrell and Bruce E. Walenczyk.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | November 15, 1983 (inactive) |
| U.S. District Court for the Western District of Pennsylvania | November 15, 1983 |
| New York State | May 4, 1987 |
| U.S. District Court for the Southern District of New York | September 29, 1987 |
| U.S. Court of Appeals for the Federal Circuit | April 25, 1990 |



| **Court** | **Date of Admission** |
|---|---|
| U.S. Court of International Trade | April 25, 1990 |
| U.S. Court of Appeals for the Second Circuit | April 30, 1998 |
| U.S. Supreme Court | May 18, 1998 |
| U.S. District Court for the Eastern District of New York | March 28, 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

      7.     The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

      8.     The completed Electronic Case Files Attorney Registration Form is enclosed.

Dated: May 13, 2003

|  |  |
|---|---|
| **MOVANT:** | Respectfully submitted, |
|  | PROPOSED ADMITTEE: |
| *[signature]* | *[signature]* |
| G. Stewart Webb, Jr. (Bar No. 00828) | William J. Snipes |
| Venable, Baetjer and Howard, LLP | Sullivan & Cromwell LLP |
| 1800 Mercantile Bank & Trust Bldg. | 125 Broad Street |
| 2 Hopkins Plaza | New York, New York 10004-2498 |
| Baltimore, Maryland 21201 | Tel: (212) 558-4000 |
| Tel: (410) 244-7400 | Fax: (212) 558-3588 |
| Fax: (410) 244-7742 |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☑ GRANTED              ☐ DENIED

_5-16-03_              Felicia C. Cannon
Date              Clerk, United States District Court

             by: *[signature]*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2003, I caused a true and correct copy of the foregoing **Motion for Admission Pro Hac Vice** to be served by first class mail upon:

Steven J. Toll
Daniel S. Sommers
Victoria S. Nugent
Joshua S. Devore
Elizabeth S. Finberg
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699


_____
Gabrielle S. Moses