
$50 FEE PAID
#1194766 FEE NOT PAID (SEND LETTER)


ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 M. P 4:02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN C. MOSS, IRA, on behalf of himself, and all others similarly situated, | |
| *Plaintiff*, | |
| v. | Civil Action No. AMD-02-CV-3703 |
| ALLEGHENY ENERGY, INC., *et al.*, | |
| *Defendants*. | |

## MOTION FOR ADMISSION PRO HAC VICE

I, G. Stewart Webb, Jr., am a member in good standing of the bar of this Court. My bar number is 00828. I am moving the admission of Bradley P. Smith to appear *pro hac vice* in this case as counsel for Allegheny Energy, Inc., Alan J. Noia, Michael P. Morrell and Bruce E. Walenczyk.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | May 18, 1998 |
| U.S. District Court for the Southern District of New York | May 4, 1999 |
| U.S. District Court for the Eastern District of New York | May 20, 1999 |
| District of Columbia | October 2, 2000 |
| U.S. Court of Appeals for the District of Columbia Circuit | January 31, 2001 |

| Court | Date of Admission |
|---|---|
| U.S. District Court for the District of Columbia | August 6, 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Dated: May 13, 2003

Respectfully submitted,

MOVANT:

PROPOSED ADMITTEE:

_____
G. Stewart Webb, Jr. (Bar No. 00828)
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742

_____
Bradley P. Smith
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel: (202) 956-7500
Fax: (202) 956-7651

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2003, I caused a true and correct copy of the foregoing **Motion for Admission Pro Hac Vice** to be served by first class mail upon:

Steven J. Toll
Daniel S. Sommers
Victoria S. Nugent
Joshua S. Devore
Elizabeth S. Finberg
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

_____
Gabrielle S. Moses