IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN C. MOSS, IRA, on behalf of
himself, and all others similarly situated,

    *Plaintiff*,

v.

ALLEGHENY ENERGY, INC., *et al.*,

    *Defendants*.

Civil Action No. AMD-02-CV-3703

### ORDER ADMITTING BRADLEY P. SMITH PRO HAC VICE

Upon consideration of the Motion for Admission *Pro Hac Vice*, filed May 15, 2003, by Bradley P. Smith, it is HEREBY ORDERED that Bradley P. Smith may appear *pro hac vice* in this case as counsel for defendants Allegheny Energy, Inc., Alan J. Noia, Michael P. Morrell and Bruce E. Walenczyk.

IT IS SO ORDERED.

_____5-16-03_____
Date

Felicia C. Cannon
Clerk, United States District Court
by: [signature]