UNITED STATES DISTRICT COURT FOR THE
DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| *In re Allegheny Energy, Inc., Securities Litigation* ) ) ) ) ) ) ) | 03-1518 (AMD) |

## WITHDRAWAL OF ENTRY OF APPEARANCE

The undersigned attorneys hereby clarify that they do not represent Defendant Daniel L. Gordon, but represent the remaining Defendants in the following cases, which have been placed in MDL:

1. *John C. Moss v. Allegheny Energy, Inc., et al.*, Civil Action No. AMD-02-CV-3703
2. *Joseph P. Shemitz v. Allegheny Energy, Inc., et al.,* Civil Action No. AMD-03-1104
3. *Joseph B. Hargroder v. Allegheny Energy, Inc., et al.,* Civil Action No. AMD-03-1106
4. *Philip Cohen v. Allegheny Energy, Inc., et al.,* Civil Action No. AMD-03-1107
5. *Karl Welty v. Allegheny Energy, Inc., et al.,* Civil Action No. AMD-03-1110
6. *Robert Allred v. Allegheny Energy, Inc., et al.,* Civil Action No. AMD-03-1114

Mr. Gordon is represented by separate counsel.

Dated: May 19, 2003                Respectfully submitted,

/s/
G. STEWART WEBB, JR. (#00828)
GABRIELLE S. MOSES  (#27073)
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400
(410) 244-7742 (facsimile)

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2003, a copy of the foregoing Withdrawal of Entry of Appearance was served by first class mail, postage prepaid upon the following:

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Victoria S. Nugent, Esq.
Joshua S. Devore, Esq.
Elizabeth S. Finberg, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

Fred Taylor Isquith, Esq.
Gregory Mark Nespole, Esq.
Scott J. Farrell, Esq.
Gustavo Bruckner, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016

Mark C. Gardy, Esq.
Abbey Gardy, LLP
212 East 39th Street
New York, New York 10016

Deborah R. Gross, Esq.
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, Pennsylvania 19102

Marc S. Henzel, Esq.
Law Offices of Marc S. Henzel
273 Montgomery Avenue
Bala Cynwyd, Pennsylvania 19004

Mel E. Lifshitz, Esq.
Matthew H. Hersch, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016

Marc A. Topaz, Esq.
Darren J. Check, Esq.
Sean M. Handler, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004

Paul J. Geller, Esq.
Cauley, Geller, Bowman & Coates, LLP
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431

Martin D. Chitwood, Esq.
Lauren S. Antonino, Esq.
Chitwood & Harley
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

Mark McNair, Esq.
Law Offices of Mark McNair
1101 30th Street N.W., Suite 500
Washington, D.C. 20007

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Nancy A. Kulesa, Esq.
330 Main Street
Hartford, Connecticut 06106

/s/ _____
Gabrielle S. Moses